IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TROY PETERSON, ) | |
| ) | Case No. 7:16CV00146 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| EARL R. BARKSDALE, ET AL., ) | By: Robert S. Ballou |
| ) | United States Magistrate Judge |
| Defendant(s). ) | |
| ) | |

    Defendants have now filed an answer to plaintiff's prisoner civil rights complaint and have requested correction of the docket. Upon review of the record, it is now **ORDERED** that the clerk shall CORRECT the docket to reflect that the defendant formerly identified as D.E. Darasdale is properly identified as Earl R. Barksdale, as indicated in the heading of this order; and that the defendants shall FILE any motion for summary judgment within 21 days from entry of this order, or this matter will be set for trial on the plaintiff's claims.

    The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

    Enter: June 24, 2016

    /s/ *Robert S. Ballou*

    Robert S. Ballou
    United States Magistrate Judge