IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TROY PETERSON,** | ) | **CASE NO. 7:16CV00146** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **EARL R. BARKSDALE, ET AL.,** | ) | **By: Robert S. Ballou** |
| | ) | **United States Magistrate Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** as follows:

1. Peterson's motion for leave to file an amended complaint, motion for default judgment, and motion for summary judgment (ECF Nos. 16, 23, and 33) are **DENIED**;

2. Defendants' motion for protective order and motion for summary judgment (ECF Nos. 17 and 28) are **GRANTED**; Peterson's claims for monetary damages concerning his religious diet are **DISMISSED WITH PREJUDICE** as without merit; and his other claims are **DISMISSED WITHOUT PREJUDICE** under 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies before filing this action; and

3. The clerk shall **STRIKE** this action from the active docket of the court.

Enter: March 31, 2017

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge